No. 88–1781. ALGOMA STEEL CORP., LTD. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1785. LAMPASONA *v.* JACOBS. Sup. Ct. Conn. Certiorari denied.

No. 88–1786. TWIN MANORS WEST OF MORTON GROVE CONDOMINIUM ASSN. *v.* ROSEWELL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–1798. HEMON *v.* OFFICE OF PUBLIC GUARDIAN ET AL. (two cases). Sup. Ct. N. H. Certiorari denied.

No. 88–1802. CHOW *v.* ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 88–1807. FLETCHER *v.* O'DONNELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1814. STINNER *v.* STINNER ET AL. Sup. Ct. Pa. Certiorari denied.

No. 88–1816. CITY OF BURLINGTON, VERMONT *v.* MOUNTAIN CABLE CO. Sup. Ct. Vt. Certiorari denied.

No. 88–1820. MEBANE *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 88–1821. MARI *v.* GREEN. Sup. Ct. Wyo. Certiorari denied.

No. 88–1825. HARRIS ET AL. *v.* UNION ELECTRIC CO. ET AL. Sup. Ct. Mo. Certiorari denied.

No. 88–1830. MITCHELL *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 88–1833. WILLIAMS *v.* BAPTIST MEDICAL CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1837. SMITH *v.* DOE. Ct. App. Ind. Certiorari denied.